Matthew M. Durham (#6214)
*mmdurham@stoel.com*
Jose A. Abarca (#12762)
*jaabarca@stoel.com*
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131

Attorneys for Chevron Corporation
and Chevron U.S.A. Inc.

### IN THE UNITED STATES DISTRICT COURT IN AND FOR

### THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOBY BRATCHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHEVRON CORPORATION, a corporation; CHEVRON U.S.A. INC., a corporation d/b/a CHEVRON PRODUCTS COMPANY,<br><br>　　　　　Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Civil No. 1:14-cv-00055<br><br>Judge Ted Stewart<br>Magistrate Judge Paul M. Warner |

　　　　This matter comes before the Court on the Stipulated Motion to Dismiss with Prejudice

("Stipulated Motion") filed by Defendants Chevron Corporation and Chevron U.S.A. Inc. and

Plaintiff Joby Bratcher.  The Court, having considered the Stipulated Motion, being duly

advised in the premises and, good cause appearing, HEREBY ORDERS, ADJUDGES, and

DECREES that:

86838375.1 0030882-00070

2

The above-captioned litigation (including all claims and all related defenses) is hereby dismissed with prejudice in its entirety.  Each party shall bear its and/or their own costs and attorneys' fees.

IT IS SO ORDERED

DATED this 23rd day of June, 2016.

BY THE COURT:

_____
The Honorable Ted Stewart
United States District Court Judge